UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

ANDREW J. PHILLIPS-ADDIS,

          Petitioner,

v.

LES PARISH,

          Respondent.

_____/

Case No. 1:19-cv-905

Honorable Paul L. Maloney

## **ORDER**

In accordance with the opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.

Dated:   January 14, 2020             /s/ Paul L. Maloney
                                             Paul L. Maloney
                                             United States District Judge