UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

ANDREW J. PHILLIPS-ADDIS,

        Petitioner,

v.

LES PARISH,

        Respondent.

_____/

Case No. 1:19-cv-905

Honorable Paul L. Maloney

## JUDGMENT

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED** under Rule 4 of the Rules Governing § 2254 Cases for failure to raise a meritorious federal claim.

Dated:   January 14, 2020          /s/ Paul L. Maloney
                                                                        Paul L. Maloney
                                                                        United States District Judge